Norman C. Keyt (AZ Bar: 04225)
3001 E. Camelback Road, Suite 130
Phoenix, AZ 85016
Phone: (602) 265 0273
Fax: (602) 265 5964
Attorney for Defendant Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>XUNMEI "GRACE" LI, and GANG "STEVEN" CHEN,<br><br>  Defendants | Case No.: CR 09-00177 JF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Date: November 18, 2009<br>Time: 9:00 a.m.<br><br>Before The Hon. Jeremy Fogel |

Defendant Xunmei Li and the government stipulate that the sentencing hearing scheduled for November 18, 2009, be continued to December 16, 2009, at 9:00 a.m., before The Honorable Jeremy Fogel, United States District Judge.

Defendant is in the process of having her marriage to co defendant Steven Chen annulled. Because of statement made by Probation Officer Raya in her recommendation to court regarding technical violation of probation for bigamous marriage, Defendant wants to have annulment completed prior to sentencing.

In addition, Defendant has requested evidentiary hearing and this request has not been ruled on by court. If court grants request for evidentiary hearing, Defendant would like to avoid two trips from Phoenix to San Jose for sentencing.

U.S. Probation Officer Aylin Raya has been advised of the stipulation and has no objection.

///

1

Respectfully submitted this 17th day of November, 2009

/s/
_____
Norman C. Keyt
Attorney for Xunmei Li


/s/
_____
David S. Callaway
Assistant United States Attorney


CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009 I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Justin Fok
2107 North First Street, Suite 400
San Jose, CA 95131
Attorney for Gang Chen

David Callaway
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113-3081


s/ Norman C. Keyt



IT IS SO ORDERED.


Dated:  11/18/09
_____
Jeremy Fogel, U.S. District Judge

2