1

2

3

4

5

6

Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

7

Attorneys for Petitioner XUNMEI 'GRACE' LI

8

9

10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

**SAN JOSE DIVISION**

13

14

XUNMEI 'GRACE' LI,

Petitioner,

Case No.: 09-00177 (EJD)

15

16

v.

**STIPULATION AND [PROPOSED]
ORDER MODIFYING BRIEFING
SCHEDULE**

17

UNITED STATES OF AMERICA,

18

Respondent

19

20

21

22

       Petitioner Xunmei 'Grace' Li and the United States of America hereby stipulate and agree

as follows:

23

24

       1)       On April 11, 2013, the Court ordered the government to respond to the petition

25

for writ of habeas corpus.  The Court further ordered that, should the government chose to move

26

to dismiss the petition, any such motion would be due within 30 days, and Petitioner's response

27

would be due within 30 days of receipt of the government's motion.

28

2)      The government moved to dismiss on June 10, 2013, resulting in a filing deadline of July 10, 2013 for Petitioner's response to the motion.

3)      To accommodate the schedules of defense counsel, the parties hereby agree that the deadline for Petitioner's response should be extended by one week, to July 17, 2013.  The government's reply brief, if any, shall be filed within 15 days of receipt of Petitioner's brief.

IT IS SO STIPULATED.

Dated: June 24, 2013

          /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for Petitioner Grace Xunmei Li

Dated: June 24, 2013

          /s/
David R. Callaway
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Petitioner shall respond to the government's motion to dismiss on or before July 17, 2013, and the government shall file any reply brief within 15 days of receipt of Petitioner's brief.

Dated: 6/26/2013

Edward J. Davila
United States District Judge

**Stipulation and [Proposed] Order Modifying Briefing Schedule**
*United States v. Xunmei "Grace" Li*, CR 09-0177 EJD